ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

United Container Services (Deutschland) GmbH, et al., \*

Plaintiffs, \*

v. \*

Cho Yang Shipping Co., Ltd., et al., \*

Defendants. \*

Civil Action No.

CV401-093

**IN ADMIRALTY**

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER AUTHORIZING PROCESS OF ARREST

Upon reading the verified Complaint for issue of process arrest, and good cause appearing therefor, it is by this Court:

**ORDERED** that the Clerk issue warrant of arrests pursuant to Rules B, C and D of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, in the form of such process which is an Exhibit hereto; and it is further

**ORDERED** that any person claiming an interest in the property arrested or attached pursuant thereto may, upon a showing of any improper practice or a manifest want of equity on the part of the plaintiffs, be entitled to an order requiring plaintiffs to show cause forthwith why the arrest should not be vacated or other relief granted; and it is further

**ORDERED** that the Clerk may issue such further warrants of arrest pursuant to Rule D on the application of any plaintiff, as shall be necessary for such plaintiff to secure its Marine Equipment as alleged in the Complaint; and it is further

/
/

**ORDERED** that a copy of this order be attached and served with the said process of arrest.

Dated: April 27th, 2001.

_____
United States District Judge

Case 4:01-cv-00093-WTM   Document 12   Filed 04/27/01   Page 3 of 3

UNITED STATES DISTRICT COURT
Southern District of Georgia

Case Number:   4:01-cv-00093
Date Served:   April 30, 2001
Served By:   *[signature]*

Attorneys Served:

Paul W. Painter Jr., Esq.

✓ Copy placed in Minutes
✓ Copy given to Judge
___ Copy given to Magistrate